**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2014 DEC 16  PM 4: 58

DEPUTY CLERK ____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | |
| v. | CRIMINAL NO. |
| | |
| GLORIA ADAME (01) | |
| RAFAEL RODRIGUEZ-TREVIZO (02) | **3-14 CR-504-M** |
| ENRIQUITA TREVIZO (03) | |

<u>INDICTMENT</u>

The Grand Jury Charges:

<u>Count One</u>
Conspiracy to Transfer Identification Document Produced Without Lawful Authority
[Violation of 18 U.S.C. § 1028(a)(2) and (f)]

On or about March 2011 and continuing until on or about November 2013, in the

Dallas Division of the Northern District of Texas, the defendants, **Gloria Adame**, **Rafael**

**Rodriguez-Trevizo,** and **Enriquita Trevizo,** did intentionally and willfully combine,

conspire, confederate, and agree with each other and others both known and unknown to

the Grand Jury, to knowingly transfer an identification document, authentication feature,

or a false identification document, to wit, a Texas driver's license,  knowing that such

document was produced without lawful authority.

In violation of 18 U.S.C. § 1028(a)(2) and (f).

**Indictment – Page 1**

<u>Forfeiture Notice</u>
[18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1028(b)(5); 21 U.S.C. § 853(p)]

Upon conviction of the offense alleged in Count One, and pursuant to 18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1028(b)(5), defendants, **Gloria Adame, Rafael Rodriguez-Trevizo,** and **Enriquita Trevizo**, shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of the offense and any personal property used or intended to be used to commit the offense.

If any of the property described above, as a result of any act or omission of the defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(a)(2)(B), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL

_Angela Brand_
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY



DAN GIVIDEN
Special Assistant United States Attorney
Idaho State Bar No. 8293
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8732
Facsimile: 214-659-8812
Email: Danial.Gividen@usdoj.gov

**Indictment – Page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**3-14 CR-504-M**

GLORIA ADAME (1)
RAFAEL RODRIGUEZ-TREVIZO (2)
ENRIQUITA TREVIZO (3)

INDICTMENT

18 U.S.C. § 1028(a)(2) and (f)
Conspiracy to Transfer Identification Document Produced Without Lawful Authority

18 U.S.C. § 982(a)(2)(B);  18 U.S.C. § 1028(b)(5); 21 U.S.C. § 853(p)
Forfeiture Notice

1 Count

A true bill rendered

---------------------------------------------------------------------

DALLAS _____ _Angela Bland_ FOREPERSON

Filed in open court this ___16___ day of December, 2014

---------------------------------------------------------------------

Clerk

---------------------------------------------------------------------

**WARRANT TO ISSUE: Gloria Adame; Rafael Rodriguez-Trevizo; Enriquita Trevizo**

---------------------------------------------------------------------

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

No Criminal Matter Pending